■ KIDDER, PEABODY & Co.. INCORPORATED, Respondent, v. IDEAL CEMENT COMPANY, Appellant.— Order dated June 21, 1960, as grants plaintiff-respondent's motion, pursuant to rule 301 of the Rules of Civil Practice,

unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.